IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CALVIN GLOVER,

    Plaintiff,

v.

CO SCHRAUFNAGEL

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-864-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of C.O. Schraufnagel, dismissing with prejudice plaintiff Calvin Glover's Eight Amendment claim and dismissing without prejudice plaintiff's state-law claim.

/s/                                                        8/31/2017
Peter Oppeneer, Clerk of Court                 Date