IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Calvin Glover,
Plaintiff-Appellant

v.

C.O. Schraufnagel,
Defendant-Appellee

DOC NO
REC'D/FILED
2017 SEP 11 AM 11:24
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

CASE No. 14-CV-864-JDP

## NOTICE OF APPEAL

TO: Clerk of Courts
U.S. District Court
W.D. of Wisconsin
120 Henry St.
Madison, WI.

PLEASE TAKE NOTICE, that the plaintiff, Calvin Glover "Glover" appeal to the United States Court of Appeals for the 7th Circuit, the final decision and judgment of the District Court, granting defendant's motion for summary judgment and dismissing the case, entered on August 31, 2017 in the United States District Court, Western District of Wisconsin, the Hon. James D. Peterson, United States District Court Judge, Pres-

Dated this 9 day of September 2017.

Calvin Glover
Plaintiff, Pro Se.
Columbia Correctional Inst.
P.O. Box 900
Portage, WI. 53901.